## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNIFER LYNN MILLER,** | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 17-1575** |
| | : | |
| **NANCY A. BERRYHILL,** | : | |
| **Acting Commissioner of Social** | : | |
| **Security,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this ___29th___ day of August, 2018, upon careful consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. 5), Plaintiff's Motion for Summary Judgment (Doc. 5 at 21), Defendant's Response to Request for Review of Plaintiff (Doc. 6), Plaintiff's Brief in Reply to Defendant's Brief in Response to Plaintiff's Request for Review (Doc. 7), and the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (Doc. 11), **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The final decision of the Commissioner denying disability benefits to Plaintiff is **VACATED**;

3. Plaintiff's Motion for Summary Judgment (Doc. 5 at 21) is **GRANTED**; and

4. The matter is **REMANDED** to the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's Report and Recommendation.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark the above-captioned

matter as **CLOSED** for statistical purposes.


**BY THE COURT:**

**Hon. Petrese B. Tucker, U.S.D.J.**

2